## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **WETRO LAN LLC,** <br><br> **Plaintiff,** <br> v. <br><br> **ADTRAN, INC.,** <br><br> **Defendant.** | **CASE NO. 2:15-CV-41-RWS-RSP** <br><br> **LEAD CASE** |
| **WETRO LAN LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NETGEAR, INC.,** <br><br> **Defendant.** | **CASE NO. 2:15-CV-102-RWS-RSP** <br><br> **CONSOLIDATED CASE** |

## ORDER OF DISMISSAL

In consideration of the Joint Motion to Dismiss filed by Plaintiff Wetro Lan LLC ("Wetro") and Defendant NETGEAR, Inc. ("Netgear"), the Motion to Dismiss is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this action by Wetro against Netgear are dismissed with prejudice, and all counterclaims asserted in this action by Netgear against Wetro are hereby dismissed as moot.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**SIGNED this 20th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE